NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1257, -1266

DORBEST LIMITED, RUI FENG WOODWORK (DONGGUAN) CO., LTD.,
and RUI FENG LUMBER DEVELOPMENT (SHENZHEN) CO., LTD.,

Plaintiffs-Appellants,

and

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE,
and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,

Plaintiffs-Appellants,

and

CABINET MAKERS, MILLMEN AND INDUSTRIAL CARPENTERS LOCAL 721,
UBC SOUTHERN COUNCIL OF INDUSTRIAL WORKERS LOCAL 2305,
UNITED STEEL WORKERS OF AMERICA LOCAL 193U,
CARPENTERS INDUSTRIAL UNION LOCAL 2093,
TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS LOCAL 991,
and IUE INDUSTRIAL DIVISION OF CWA LOCAL 82472,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

DONGGUAN LUNG DONG and DONG HE,

Defendants-Appellees,

and

ART HERITAGE INTERNATIONAL LTD., SUPER ART FURNITURE CO., LTD.,
ARTWORK METAL & PLASTIC CO., LTD., JIBSON INDUSTRIES LTD.,
ALWAYS LOYAL INTERNATIONAL, FORTUNE GLORY LTD. (HK LTD.),

NANHAI JIANTAI WOODWORK CO., FINE FURNITURE (SHANGHAI) LTD., COASTER COMPANY OF AMERICA, COLLEZIONE EUROPA USA, INC., FINE FURNITURE DESIGN & MARKETING LLC, GLOBAL FURNITURES, INC., HILLSDALE FURNITURE, LLC, KLAUSSNER INTERNATIONAL, LLC, MAGNUSSEN HOME FURNISHINGS, INC., L. POWELL COMPANY, RIVERSEDGE FURNITURE COMPANY, WOODSTUFF MANUFACTURING, INC. (doing business as Samuel Lawrence), SCHNADIG CORPORATION, GOOD COMPANIES, and STANDARD FURNITURE MANUFACTURING CO., INC.,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 05-00003, Judge Donald C. Pogue.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

Dorbest Limited et al. (Dorbest) and American Furniture Manufacturers Committee et al. (AFMC) move jointly for reconsideration of the court's June 16, 2009 order denying their motion to reform the caption or, in the alternative, move for clarification or modification of the June 16 order and request (1) leave to exceed the word limitation in their reply briefs and (2) that the court order "that replies will be permitted with regard to the new "response" information contained in [Dorbest and AFMC's reply] briefs." Dorbest and AFMC further request that the court reform the caption to change "Dongguan Lung Dong and Don He" to "Dongguan Lung Dong and Dong He." Dorbest and AFMC state that the other parties consent to the motion. Dorbest, AFMC, and the United States move jointly to modify the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)	The motion for reconsideration is denied.

(2)     The alternative motion for clarification or modification is granted to the extent that Dorbest and AFMC may each file a reply brief containing up to 14,000 words and a surreply brief containing up to 7,000 words.

(3)     The motions to modify the briefing schedule are granted. The appellees' briefs are due within 14 days of the date of this order. The appellants' reply briefs are due within 21 days of the date of service of the appellees' briefs. The surreply briefs of Dorbest and AFMC are due within 14 days of the date of service of the appellants' reply briefs.

(4)     The revised official caption is reflected above.

(5)     A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

SEP - 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   J. Michael Taylor, Esq.
      Jeffrey S. Grimson, Esq.
      Kristin Heim Mowry, Esq.
      Robert G. Gosselink, Esq.
      Carrie A. Dunsmore, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 8 2009

JAN HORBALY
CLERK